UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| MARTINA R. BUTLER O/B/O A.C.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:14-1220-JMC-KDW |
| v. | ) | |
| | ) | **ORDER** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Commissioner's Uncontested Motion to Remand, ECF No. 19, the Motion is hereby GRANTED, and  it is ORDERED that the decision of the Commissioner is VACATED and this case is remanded to an administrative law judge (ALJ) for further proceedings.

Upon remand, the ALJ will further address the evidence relating to the nature and severity of the claimant's impairments, including but not limited to asthma and gastroesophageal reflux disease, and to articulate specific findings as to the functional domains, proving specific reasons in support of each finding, with reference to specific evidence.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED.

December 4, 2014                                    Kaymani D. West
Florence, South Carolina                      United States Magistrate Judge

---

[1]The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.