AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Martina R. Butler, o/b/o ACC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   5:14-1220-JMC |
| Carolyn W. Colvin, Acting Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand to the Commissioner.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Kaymani D. West, granting Defendant's Motion to Remand.

Date:   December 4, 2014

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*