# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Martina R. Butler, ) <br> O/B/O A.C.C ) <br> ) <br> ) Civil Action. No.: 5:14-cv-01220-JMC <br> ) <br> Plaintiff, ) <br> ) <br> v. ) **ORDER** <br> ) <br> Carolyn W. Colvin, Acting Commissioner ) <br> of the Social Security Administration, ) <br> ) <br> Defendant. ) <br> _____) | |

This matter is before the court upon motion of Plaintiff, through her attorney, Danny Mayes, for an award of attorney's fees under the Equal Access to Justice Act ("EAJA") and costs, 28 U.S.C. § 2412. (ECF No. 23). Plaintiff's motion seeks reimbursement for her counsel's representation in the captioned matter in the amount of $1,710.00 in attorney's fees at the rate of $125.00 per hour, costs in the amount of $407.00and $16.00 for expenses. Defendant's response to Plaintiff's motion (ECF No. 24) notifies the court that she does not oppose Plaintiff's request for fees in the amount stated herein.

The court has reviewed Plaintiff's counsel's fee petition and finds counsel's request for fees reasonable. Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the amount of $2,133.00, specifically, $1,710.00 in attorney fees, $407.00 in costs, and $16.00 in expenses. *See* 28 U.S.C. §§ 2412(c)(1) and 2414.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset

Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

February 27, 2015
Columbia, South Carolina